**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Anif Christopher WILLIAMS,**
**Defendant–Appellant.**

**No. 01–7142.**

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 6, 2001.

Anif Christopher Williams, pro se. Ruth Elizabeth Plagenhoef, Assistant United States Attorney, Roanoke, VA, for appellee.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Anif Christopher Williams seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Williams*, Nos. CR–93–10; CA–01–330–7 (W.D.Va. May 4, 2001). We dispense with oral argument because the facts and legal conten-

tions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*